

**RE: Payoff and wire instructions**

The message sender has requested a read receipt. To send a receipt, click here.

MET
Tue 5/28/2019 2:11 PM
You; 'Elie Bejjani, Esq.'

Select Title 5-24-2019.pdf
435 KB

Please see attached. My own arithmetic says that with interest to 5/29/19 the total should be $32,285.86, but Select Title should confirm that with Elie prior to Closing.

**From:** Sam Sweet [mailto:trusteesweet@hotmail.com]
**Sent:** Tuesday, May 28, 2019 9:54 AM
**To:** Elie Bejjani, Esq.; MET
**Subject:** Payoff and wire instructions

Elie,

Could you provide a payoff for 5/29/19 on Ms Duggans secured claim. Also provide wire instructions for payment. Please provide at your earliest convenience.

Sam Sweet