

### Re: Payoff and wire instructions

**EE** Elie Bejjani, Esq. <elie@bejjanilaw.com>
Tue 5/28/2019 10:04 PM
You; MET

Sam and Mike,

I have confirmed with the title company that the amount to be transfered into my trust account is $32,288.91.

Select Title has my wire transfer instructions.

Thank you.

Sincerely,

Elie Bejjani

**Attorney Elie Bejjani**
Bejjani Law PLLC
6 Parklane Blvd., Suite 600
Dearborn, Michigan 48126
Telephone: (313) 757-0036
Fax: (313) 447-2430
Email: elie@bejjanilaw.com

UNAUTHORIZED USE, FORWARDING, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone (313) 757-0036 or e-mail and destroy the original message without making a copy. SETTLEMENT COMMUNICATIONS. This email may contain an offer to compromise or contain a negotiation to compromise or settle a disputed fact or claim. Therefore, this communication is protected pursuant to MRE 408 and FRE 408.

On Tue, May 28, 2019 at 10:11 AM MET <met@comcast.net> wrote:

> Please see attached. My own arithmetic says that with interest to 5/29/19 the total should be $32,285.86, but Select Title should confirm that with Elie prior to Closing.
>
> ---
>
> **From:** Sam Sweet [mailto:trusteesweet@hotmail.com]
> **Sent:** Tuesday, May 28, 2019 9:54 AM
> **To:** Elie Bejjani, Esq.; MET
> **Subject:** Payoff and wire instructions
>
> Elie,