**From:** Elie Bejjani, Esq.
**Sent:** Wednesday, October 9, 2019 5:29 PM
**To:** Sam Sweet
**Cc:** Jackson, Ronna G. (USTP); dale@schallerfirm.com
**Subject:** Re: Funds recieved on May 29, 2019

Mr. Sweet,

I received your email. Upon reviewing **Rule 2004**:

> (b) SCOPE OF EXAMINATION. The examination of an entity under this rule the debtor under § 343 of the Code **may relate only** to the acts, conduct, or property or to the liabilities and financial condition of the **debtor**, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge.

Kindly explain how the information you request relates to:

1. the acts, conduct or property of the debtor;
2. the liabilities or financial condition of the debtor;
3. any matter affecting the administration of the debtor's estate; or,
4. to the debtor's right to a discharge.

You satisfied the approved secured claim, and the statutory lien was discharged. Once these funds were wired, as you describe, per order of the court in satisfaction of the approved secured lien/claim, they ceased to be assets of the estate, or, to affect the administration of the estate. Any subsequent distribution of these funds, by me, as directed by my client, is outside the scope of Rule 2004 and would be privileged in any event.

I certainly would be happy to review and consider any explanation or legal authority to the contrary that you wish to provide.

Thank you.

Sincerely,

Elie Bejjani

**Attorney Elie Bejjani**
Bejjani Law PLLC
6 Parklane Blvd., Suite 600
Dearborn, Michigan 48126
Telephone: (313) 757-0036
Fax: (313) 447-2430
Email: elie@bejjanilaw.com