# Seller's Settlement Statement

Select Title Company
6870 Grand River Ave
Suite 300
Brighton, MI 48114
Phone: (810)220-1370  Fax: (810)220-2094

| | |
|---|---|
| **Settlement Date:** | 05/29/2019 |
| **Escrow officer/Closer:** | Dawn M. Grooms |
| **Order Number:** | 47-181464-B |
| **Buyer:** | Diana Kaye Gentry<br>193 S. Hughes<br>Howell, MI 48843 |
| **Seller:** | Samuel D. Sweet, Bankruptcy Trustee for the Estate of Christopher D. Wyman<br>Bankruptcy Case No. 12-32264-dof<br>653 N. Lapeer Rd<br>Oxford, MI 48371 |
| **Property location:** | 1011 W. Jones Road<br>Howell, MI 48855 |

| | Seller Debit | Seller Credit |
|---|---:|---:|
| **Financial Consideration** | | |
| Sale Price of Property | | 65,000.00 |
| **Prorations/Adjustments** | | |
| City/Town Taxes 05/30/19 - 07/01/19 | | 147.44 |
| County Taxes 05/30/19 - 12/01/19 | | 460.54 |
| **Escrow/Title Charges** | | |
| Closing Fee to Select Title Company | 200.00 | |
| Judgment Lien payoff theu 5/22 to Bejjani Law PLLC | 32,288.91 | |
| Owner's Title Insurance to Select Title Company<br>Coverage: 65,000.00<br>Premium: 595.25<br>Version: ALTA Owner's Policy of Title Insurance (6-17-06) | 595.25 | |
| **Recording Charges** | | |
| Recording Fees-Deed to Register of Deeds | 30.00 | |
| Record Sale order to Livingston County Register of Deeds | 30.00 | |
| Transfer Taxes to Register of Deeds | 559.00 | |
| **Miscellaneous Debits/Credits** | | |
| Delinquent taxes to Samuel D. Sweet, Bankruptcy Trustee for the Estate | 31,877.64 | |
| **Subtotals** | 65,580.80 | 65,607.98 |
| **Balance Due TO Seller** | 27.18 | |
| **TOTALS** | 65,607.98 | 65,607.98 |

Seller

Samuel D. Sweet, Bankruptcy Trustee for the
Estate of Christopher D. Wyman Bankruptcy Case
No. 12-32264-dof
BY: _____

_____
Select Title Company
Settlement Agent

Printed on 05/29/19 at 10:54:38AM by dawn grooms
20-03012-dof  Doc 19-4  Filed 03/09/20  Entered 03/09/20 14:03:21  Page 1 of 1  47-181464
Page 1 of 1