

2019R-013089
RECORDED ON
05/30/2019 10:04:06 AM
BRANDON DENBY
REGISTER OF DEEDS
LIVINGSTON COUNTY, MI 48843
RECORDING: 26.00
REMON: 4.00
PAGES: 1

05-30-19A10:01 RCVD

# QUIT CLAIM DEED

**KNOW ALL MEN BY THESE PRESENTS:** That Michelle Pichler, a single woman, whose address is 1011 Jones Road, Howell, Michigan 48843

*Quit Claims to:* Samuel D. Sweet, Chapter 7 Trustee, on behalf of Bankruptcy Case No. 12-33264-dof, whose address is P.O. Box 757, Ortonville, Michigan 48462

the following described premises in the ~~City of Howell~~ Township of Cohoctah, *County of:* Livingston, and *State of:* Michigan *to wit:*

Part of the Southwest 1/4 of Section 24, Town 4 North, Range 4 East, and part of the Northwest 1/4 of Section 25, Town 4 North, Range 4 East, more particularly described as follows: Commencing at the Southwest corner of said Section 24; thence North 03 degrees 46 minutes 16 seconds West 1298.63 feet (previously recorded as North 00 degrees 45 minutes 00 seconds West 1298.33 feet); thence along the centerline of Jones Road (66 foot wide Right of Way), North 88 degrees 04 minutes 34 seconds East 183.87 feet (previously recorded as South 89 degrees 29 minutes 00 seconds East 184.60 feet) to the Point of Beginning of the parcel to be described; thence continuing along said line North 88 degrees 04 minutes 34 seconds East (previously recorded as South 89 degrees 25 minutes 00 seconds East) 331.21 feet; thence South 01 degree 58 minutes 26 seconds East 1324.84 feet; thence South 88 degrees 10 minutes 34 seconds West 331.21 feet; thence North 01 degree 58 minutes 26 seconds West 1324.26 feet to the Point of Beginning, subject to the rights of the public over the existing Jones Road. Also subject to any other easements or restriction of record.

*Commonly known as:* 1011 Jones Road, Howell, Michigan 48843

*together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any way appertaining for the sum of:* One and no/100 Dollars ($1.00). (a)

Exempt per MCLA 207.505 and 207.526(a) SPS

Dated this 23 day of February, 2018

The Property may be located within the vicinity of farm land or farm operation. Generally accepted agr. and mgt. prac. which may generate noise, dust, odors, and other assoc. conditions may be used and are protected by the Mich. right to farm act. The grantor grants to the grantee the right water _ drining would acc. 10 of the land drining act, Act No 288 of the Public Acts of 1967. (J F not all Dring are not) SPS

_____
Michelle Pichler, Grantor

STATE OF MICHIGAN   )
                    ) ss
COUNTY OF Livingston )

The foregoing instrument was acknowledged before me this 23 day of February, 2018, by Michelle Pichler, a single woman.

_____
Notary Public
Livingston County, Michigan
My commission expires: 5-16-21

MARY G. TUMBARELLA
Notary Public - State of Michigan
County of Livingston
My Commission Expires May 16, 2021
Acting in the County of Livingston

When Recorded Return To: Grantee       Send Subsequent Tax Bills To: Grantee

Tax ID # 02-24-300-007

Select Title Co.
6870 Grand River Ave.
Suite 300
Brighton, MI 48114

Drafted By: Samuel D. Sweet, Esq., P.O. Box 757, Ortonville, Michigan 48462-0757