```
MIME-Version:1.0
From:mieb_ecfadmin@mieb.uscourts.gov
To:mieb_ecfadmin@localhost.localdomain
Bcc: USTPRegion09.DE.ECF@usdoj.gov, Jennifer_B_Clark@mieb.uscourts.gov, C2_Boggs@mieb.uscourts.gov, Laura_Hutson@mieb.uscourts.gov, Lisa_Hen
```

```
Message-Id:<54017754@mieb.uscourts.gov>
Subject:12-32264-dof
```

"Motion to Sell Property Free and Clear of Lien under Section 363(f)" Ch 7 Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Eastern District of Michigan

Notice of Electronic Filing

The following transaction was received from Samuel D. Sweet entered on 6/7/2018 at 1:46 PM EDT and filed on 6/7/2018
Case Name: Christopher D Wyman
Case Number: 12-32264-dof
Document Number: 176

Docket Text:
Motion to Sell Property Real Property located at 1011 Jones Road, Howell, MI Free and Clear of Lien under Section 363(f) *and Settle and Resolve Various Adversary Proceedings in this Matter* Fee Amount $181 Filed by Attorney Samuel D. Sweet (Attachments: # (1) Creditor Matrix) (Sweet, Samuel)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:Motion to Sell Real Property.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1068232149 [Date=6/7/2018] [FileNumber=54017752-0
] [78007a78990eb20cbc377f7b4a49769336l8342d2c8c5e9dd15a2376052a69b5ff7
47bf18063e71bb6f77f7077e4dbd1ddac6ecde50da03bb71f67ec76f825c3]]
Document description: Creditor Matrix
Original filename:C:\fakepath\Creditor Matrix.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1068232149 [Date=6/7/2018] [FileNumber=54017752-1
] [7cbf2e4e7f4588b3f33370ae4c259cc8d3166bab943a7fb0a43296adac9d878669b
54cda24f47be3b010acfcea35188a3525215719005d66d521420551d8bf5c]]

12-32264-dof Notice will be electronically mailed to:

Rodney M. Glusac on behalf of Trustee Michael A Mason
rodg@brgpc.com

Michael J. Olson on behalf of Creditor Edward Linck
molson@mtolaw.com

Dennis L. Perkins on behalf of Debtor Christopher D Wyman
bkperk@sbcglobal.net

Dennis L. Perkins on behalf of Debtor Christopher D Wyman
bkperk@sbcglobal.net

Dennis L. Perkins on behalf of Defendant Christopher D Wyman
bkperk@sbcglobal.net

Dennis L. Perkins on behalf of Interested Party Christopher D Wyman
bkperk@sbcglobal.net

Richard T. Ponsetto, Jr. on behalf of Creditor Diana Gentry
rtponsetto@netscape.net, rtponsetto@aim.com;melissa@tri-countylawyers.com;ecf@tri-countylawyers.com

Richard T. Ponsetto, Jr. on behalf of Defendant Gentry Sales, Inc.
rtponsetto@netscape.net, rtponsetto@aim.com;melissa@tri-countylawyers.com;ecf@tri-countylawyers.com

Richard T. Ponsetto, Jr. on behalf of Defendant Diana Kaye Gentry
rtponsetto@netscape.net, rtponsetto@aim.com;melissa@tri-countylawyers.com;ecf@tri-countylawyers.com

Richard T. Ponsetto, Jr. on behalf of Witness Diana Gentry
rtponsetto@netscape.net, rtponsetto@aim.com;melissa@tri-countylawyers.com;ecf@tri-countylawyers.com

Samuel D. Sweet
ssweet@trusteesweet.us, jwill@trusteesweet.us;ss125@trustesolutions.net

Samuel D. Sweet

Ex.D

ssweet@trusteesweet.us, jwill@trusteesweet.us;ss125@trustesolutions.net

Michael E. Tindall (DISBARRED) on behalf of Creditor Barbara Duggan
MET@COMCAST.NET

Michael E. Tindall (DISBARRED) on behalf of Plaintiff Michael A. Mason
MET@COMCAST.NET

Michael E. Tindall (DISBARRED) on behalf of Trustee Michael A Mason
MET@COMCAST.NET

Kevin S. Toll on behalf of Defendant Michelle Pichler
ktoll@ktolllaw.com

Kevin S. Toll on behalf of Witness Michelle Pichler
ktoll@ktolllaw.com

**12-32264-dof Notice will not be electronically mailed to:**

James Evans
,

Brian Lauer
,

Susan Linck
,

Daniel M. McDermott
,

Pichler
,

Michael Tindall
P.O. Box 46564
Mount Clemens,