# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN RE:

CHRISTOPHER D. WYMAN,

        DEBTOR,
_____/

CASE NO. 12-32264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Samuel D. Sweet, Trustee,

        Plaintiff,

v.

Michael E. Tindall, Individually and as 100% assignee of Barbara Duggan,

        Defendant.
_____/

Adv. No. 20-03012

## CERTIFICATION OF NO RESPONSE TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND BRIEF PURSUANT TO FRCP 56(b) RELATED TO COUNTER-CLAIMS OF DEFENDANT

**NOW COMES** Applicant, Samuel D. Sweet, ("Trustee"), by and through his counsel, Samuel D. Sweet, PLC, and hereby states as follows:

1. The Trustee's Motion for Summary Judgment and Brief Pursuant to FRCP 56(b) Related to Counter-Claims of Defendant and the Proof of Service has been served the 13th day of October, 2020, on all parties identified in the Court Matrix on file with this Court.

2. As of this date, no objection has been filed to this Notice nor has a request for a hearing on the Trustee's Notice been filed with the Court.

3. More than twenty-one (21) days have expired since the service of the Notice and Opportunity for Hearing.

**WHEREFORE,** Applicant prays that this Honorable Court enter an Order Granting Trustee's Motion for Summary Judgment.

Respectfully submitted,
SAMUEL D. SWEET, PLC

By:  /s/ Samuel D. Sweet
Samuel D. Sweet (P48668)
Attorneys for Trustee
P.O. Box 757
Ortonville, MI 48462-0757

Dated:  11/9/2020                    (248) 236-0985