Form:nthrgAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

| | |
|---|---|
| In Re: (NAME OF DEBTOR(S))<br>Christopher D Wyman | Case No.: 12−32264−dof<br>Chapter 7<br>Judge: Daniel S. Opperman.Flint |
| Samuel D. Sweet<br>Plaintiff | Adv. Proc. No. 20−03012−dof |
| v. | |
| Barbara Duggan et al.<br>Defendant | |

## NOTICE OF HEARING BY TELEPHONE

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*46* – Motion For Summary Judgment and Brief Related to Count I and II of Trustee's Complaint Against Defendant for Summary Judgment Under FRCP 56(a) Filed by Plaintiff Samuel D. Sweet (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Sweet, Samuel)

*50* – Motion For Summary Judgment and Brief Pursuant to FRCP 56(b) Related to Counter−Claims of Defendant Filed by Counter−Defendant Samuel D. Sweet (Attachments: # 1 Exhibit A – Order of Disbarment # 2 Exhibit B – Quit Claim Deed # 3 Exhibit C – Purchase Agreement # 4 Exhibit D – Notice to Creditors) (Sweet, Samuel)

*55* – Claimant's Combined FRCP 56 Motion and Brief For Summary Judgment as to Trustee Sweet's Amended Complaint DE 10 Filed by Counter−Claimant Michael E. Tindall (Clark, J)

*60* – Claimant's Corrected 2nd Motion and Brief to Dismiss Trustee Sweet's Complaint DE 10 for Lack of Subject Matter Jurisdiction Filed by Counter−Claimant Michael E. Tindall (Clark, J)

*62* – Claimant's Combined FRCP 56 Motion and Brief For Summary Judgment as to Claimant's Counter Complaint DE 15 Filed by Counter−Claimant Michael E. Tindall (Clark, J)

will be held on: 12/9/20 at 09:30 AM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

THIS HEARING WILL BE HELD BY TELEPHONE. PLEASE CALL 1−888−557−8511, PASSCODE 1287364. FOR THIS HEARING, PLEASE KEEP YOUR TELEPHONE ON MUTE UNTIL YOUR CASE IS CALLED.

Dated: 11/23/20

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court