UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

    CHRISTOPHER D. WYMAN,                         Case No. 12-32264
                                                             Chapter 7 Proceeding
            Debtor.                                           Hon. Daniel S. Opperman
_____/
SAMUEL D. SWEET, Chapter 7 Trustee,

          Plaintiff,

v.                                                            Adv. Proc. No. 20-3012

BARBARA DUGGAN and
MICHAEL TINDALL,

          Defendants.
_____/

### OPINION AND ORDER DENYING DEFENDANT/COUNTER-CLAIMANT MICHAEL TINDALL'S MOTION FOR SUMMARY JUDGMENT AS TO COUNTER-CLAIMS (DOCKET NO. 62)

      Defendant/Counter-Claimant Michael Tindall files this Motion for Summary Judgment as to his Counter-Claims, arguing that there is no genuine issue of fact as to his Counter-Claims, warranting summary judgment in his favor.

      For the reasons stated in this Court's contemporaneously entered Opinion and Order Granting Plaintiff/Counter-Defendant Trustee Samuel D. Sweet's Motion for Summary Judgment Related to Counter-Claims, the Court concludes that the Trustee has derived judicial immunity from all Counter-Claims asserted by Mr. Tindall. Accordingly, the Court concludes that pursuant to Rule 56(c), there is no genuine issue of material fact that the instant Motion

1

should be denied and the Trustee's Motion for Summary Judgment granted as to all Counter-Claims asserted.

WHEREFORE, IT IS HEREBY ORDERED that Defendant/Counter-Claimant Michael Tindall's Motion for Summary Judgment as to his Counter-Claims (Docket No. 62) is DENIED.

**Not for Publication**

**Signed on March 17, 2021**

/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge