UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CHRISTOPHER D. WYMAN
*Debtor(s),*

ADV. NO: 20-03012

_____\

SAMUEL D. SWEET, Individually and as Trustee,
Plaintiff, Counter Defendant

CASE NO. 12-32264
CHAPTER 7

v.

MICHAEL E. TINDALL, Individually and as 100% Assignee of
Barbara Duggan

Defendant, Counter Plaintiff.
_____\

## NOTICE OF UNRESOLVED ISSUES AND IMPROPER CLOSING OF CASE

MICHAEL E. TINDALL, (hereinafter "Claimant"), Assignee of all [100%] claims of BARBARA DUGGAN ($32,240.34); and, an independent party in interest holding a separate secured attorney lien ($34,100.00/$21,869.33) against the proceeds of the Realty (hereinafter "allowed secured claim"), and for this NOTICE states:

1. On March 17, 2021, this Court entered Opinions and Orders DEs 72, 78, 79, 80, 81 and 82 as to various issues, including Defendants Counterclaims. On September 20, 2021, this Court entered DE 91, Denying Defendant's timely filed Motion to Alter and Amend.

2. Thereafter, on December 6, 2021, without notice to the parties or Order from this Court, this case was improperly closed by the Court Clerk.

3. Defendants expressly refused consent to this Court adjudicating its Counterclaims, which involve "quit essential" Stern/Waldman counterclaims upon which this Court lacks constitutional authority, under Article III, to enter final judgment. DE 15, P15.

4. Because this Court lacks constitutional authority to adjudicate Defendants' Counterclaims, under Stern and Waldman, this Court may not enter a final judgment in this matter, and must submit findings of fact and conclusions of law to the district court.

5. Moreover, to the extent that Plaintiff's original claims/Complaint would be defeated or impacted by Defendants' Counterclaims [as pled by Defendants in their Affirmative Defenses] DE 15, PP 3-4, this Court also cannot enter final judgment on Plaintiff's Complaint [at least until the district court issues its decision].

Respectfully Submitted,

/s/

MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
**Direct Email: met@comcast.net**

Dated: 11/2/22

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    CHRISTOPHER D. WYMAN
        *Debtor(s),*

ADV. NO: 20-03012

_____\\

SAMUEL D. SWEET, Trustee,
    Plaintiff,

CASE NO. 12-32264
CHAPTER 7

v.

MICHAEL E. TINDALL, Individually and as 100% Assignee of
Barbara Duggan

    Defendant.
_____\\

### CERTIFICATE OF SERVICE
(Modified for PEDUP)

Defendant, in pro per, hereby certifies that

### NOTICE OF UNRESOLVED ISSUES
### AND IMPROPER CLOSING OF CASE

was submitted for filing through the PEDUP program on November 2, 2022 and will be served on Plaintiff Trustee Sweet by the Clerk's filing through the Court's ECF System on the date and at the time so filed by the Clerk.

Dated: 11/2/2022

/s/ MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
**Direct Email: met@comcast.net**