UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    CHRISTOPHER D. WYMAN,
        Debtor.
_____/

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

SAMUEL D. SWEET,
    Plaintiff/Counter-Defendant,

v.

BARBARA DUGGAN AND
MICHAEL E. TINDALL,
    Defendants/Counter-Plaintiffs.
_____/

Adversary Proceeding
Case No. 20-03012-dof

## ORDER DENYING NOTICE OF UNRESOLVED ISSUES AND IMPROPER CLOSING OF CASE

For the reasons stated in this Court's Opinion Regarding Notice of Unresolved Issues and Improper Closing of Case entered contemporaneously with this Order;

IT IS HEREBY ORDERED that the relief requested by Michael E. Tindall in his Notice of Unresolved Issues and Improper Closing of Case is DENIED.

**Signed on February 27, 2023**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**